IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.

MAI AND ALEXANDER LLC,

     Plaintiffs,

v.

NAUTILUS INSURANCE COMPANY,

     Defendant.

_____/

## COMPLAINT

    Plaintiffs, **MAI AND ALEXANDER LLC**, sues the Defendant, **NAUTILUS INSURANCE COMPANY**, and allege as follows:

    1.  This is an action for damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of prejudgment interest, attorney's fees, and costs.

    2.  At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in DUVAL County, Florida.

    3.  Plaintiffs reside in DUVAL County, Florida, and is otherwise *sui juris*.

    4.  Plaintiffs' dwelling, located at 5006 SAN JUAN AVENUE, JACKSONVILLE, FL 32210 (hereafter "the Property"), sustained covered losses due to storm damage.

    5.  Plaintiffs notified Defendant of the damages.

    6.  Defendant assigned claim number N00010141860 to the loss.

    7.  Defendant assigned a date of loss of 9/26/2024.

**EXHIBIT A - NOTICE OF REMOVAL**

8.  Defendant insured Plaintiffs' dwelling, pursuant to policy number NN1698193 (hereafter "the Policy").

9.  The Policy, including the coverages to protect Plaintiffs against the above loss, was in full force and effect from May 27, 2024, through May 27, 2025.

10.  Plaintiffs are unsure whether Plaintiffs have a complete copy of the Policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

11.  Plaintiffs complied with all conditions precedent to entitle Plaintiffs to recover under the Policy, or Defendant waived compliance with such conditions.

12.  Defendant has failed to provide coverage for certain of Plaintiffs' losses.

13.  As a result, Defendant has failed to pay for all of Plaintiffs' losses.

14.  Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

15.  As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.


**WHEREFORE**, Plaintiffs demand judgment against Defendant for all losses with interest on any overdue payments, plus costs, pursuant to sections 57.041, and 92.231, Florida Statutes, and demands a trial by jury.


## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the summons in this action.

Dated this June 27, 2025

*/s/ Joy E. Sandon*
Joy E. Sandon, Esq.
Fla. Bar No.: 1018952
**Serrano Cagan & Cagan**
Francisco E. Serrano, II, Esq.
Florida Bar No.: 92034
2300 Maitland Center Pkwy
Suite 106
Maitland, FL 32751
Phone No.: (877)-472-2529
Service: service@serranocagan.com
Primary: jsandon@serranocagan.com
Secondary: tmoore@serranocagan.com
Attorneys for Plaintiffs